## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LLC, FTX TRADING LTD., WEST REALM SHIRES, INC., AND WEST REALM SHIRES SERVICES INC. (D/B/A FTX.US), | |
| Plaintiffs, | Adv. Pro. No. 23-50419 (JTD) |
| - against - | |
| DANIEL FRIEDBERG, | |
| Defendants. | |
| FTX TRADING LTD., MACLAURIN INVESTMENTS LTD., f/k/a ALAMEDA VENTURES LTD., and WEST REALM SHIRES SERVICES, INC., | |
| Plaintiffs, | Adv. Pro. No. 23-50492 (JTD) |
| - against - | |
| LAYERZERO LABS LTD., ARI LITAN, and SKIP & GOOSE LLC, | |
| Defendants. | |

---

[1]    The last four digits of FTX Trading Ltd.'s FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

ALAMEDA RESEARCH LTD.,

                    Plaintiff,

        - against -

MEK GLOBAL LIMITED, PEKEN GLOBAL
LIMITED, PHOENIXFIN PTE. LTD. and
FLASHDOT LIMITED,

                    Defendants.

Adv. Pro. No. 24-50181 (JTD)

ALAMEDA RESEARCH LTD.,

                    Plaintiff,

        - against -

GATE TECHNOLOGY INCORPORATED,
GATE GLOBAL, CORP., GATE
INFORMATION PTE. LTD., and SUN YUNZHI,

                    Defendants.

Adv. Pro. No. 24-50184 (JTD)

FTX TRADING LTD., ALAMEDA RESEARCH
LTD., NORTH DIMENSION INC., and
MACLAURIN INVESTMENTS LTD.,

                     Plaintiffs,

         -against-

GENESIS BLOCK LTD, BLUEBIRD CAPITAL
LTD., KEY SOLUTION DEVELOPMENT LTD.,
MERCHANT OASIS LTD., CLEMENT IP,
HUNG KA HO, TIN KA YU, CHARLES YANG,
MYTH SUCCESS LTD., GB HOLDINGS, LTD.,
GBV CAPITAL, INC., NAI HIM LESLIE TAM,
ABLE RISE CORPORATE DEVELOPMENT
LTD., GBV TECHNOLOGIES LTD., and D21
SOLUTIONS LTD.,

                  Defendants.

Adv. Pro. No. 24-50185 (JTD)

---

FTX TRADING LTD., ALAMEDA RESEARCH
LLC, ALAMEDA RESEARCH LTD., NORTH
DIMENSION INC., WEST REALM SHIRES,
INC., and WEST REALM SHIRES SERVICES,
INC.,

                   Plaintiffs,

        -against-

  RYAN SALAME,

                  Defendant.

Adv. Pro. No. 24-50186 (JTD)

---

ALAMEDA RESEARCH LTD.,

                   Plaintiff,

       - against -

DUNAMU INC.,

                  Defendant.

Adv. Pro. No. 24-50187 (JTD)

| | |
|---|---|
| ALAMEDA RESEARCH LTD.,<br><br>     Plaintiff,<br><br>    -against-<br><br>FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL,<br><br>     Defendants. | Adv. Pro. No. 24-50188 (JTD) |
| FTX TRADING LTD., ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., WEST REALM SHIRES SERVICES, INC., AND NORTH DIMENSION INC.<br><br>     Plaintiffs,<br>    - against -<br><br>AMERICAN ACTION NETWORK, INC.,<br><br>     Defendant. | Adv. Pro. No. 24-50189 (JTD) |
| FTX TRADING LTD., ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., WEST REALM SHIRES SERVICES, INC., AND NORTH DIMENSION INC.<br><br>     Plaintiffs,<br>    - against -<br><br>AMERICAN PROSPERITY ALLIANCE,<br><br>     Defendant. | Adv. Pro. No. 24-50190 (JTD) |
| FTX TRADING LTD., ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., WEST REALM SHIRES SERVICES, INC., AND NORTH DIMENSION INC.<br><br>     Plaintiffs,<br>    - against -<br><br>AMERICAN VALUES COALITION, INC.,<br><br>     Defendant. | Adv. Pro. No. 24-50191 (JTD) |

FTX TRADING LTD., ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., WEST REALM SHIRES SERVICES, INC., AND NORTH DIMENSION INC.

                              Plaintiffs,                    Adv. Pro. No. 24-50192 (JTD)

                - against -

COMMON SENSE LEADERSHIP FUND, INC. a/k/a COMMONSENSE LEADERSHIP FUND,

                              Defendant.

FTX TRADING LTD., ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., WEST REALM SHIRES SERVICES, INC., AND NORTH DIMENSION INC.

                              Plaintiffs,                    Adv. Pro. No. 24-50193 (JTD)

                - against -

CONGRESSIONAL LEADERSHIP FUND,

                              Defendant.

FTX TRADING LTD., ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., AND WEST REALM SHIRES SERVICES, INC.,

                              Plaintiffs,
                                                              Adv. Pro. No. 24-50194 (JTD)

                - against -

FAIR DEMOCRACY,

                              Defendant.

FTX TRADING LTD., ALAMEDA RESEARCH
LTD., WEST REALM SHIRES, INC., WEST
REALM SHIRES SERVICES, INC., AND
NORTH DIMENSION INC.

                              Plaintiffs,            Adv. Pro. No. 24-50196 (JTD)

                - against -

HEARTLAND RESURGENCE ACTION,

                             Defendant.

CLIFTON BAY INVESTMENTS LLC f/k/a
ALAMEDA RESEARCH VENTURES LLC,

                              Plaintiffs,            Adv. Pro. 24-50197 (JTD)

                - against -

FARMINGTON STATE CORPORATION (f/k/a
FARMINGTON STATE BANK, d/b/a GENIOME
BANK, d/b/a MOONSTONE BANK), FBH
CORPORATION, and JEAN CHALOPIN,

                             Defendant.

FTX TRADING LTD. and ALAMEDA
RESEARCH LTD.,

                        Plaintiff,

            -against-

NAWAAZ MOHAMMAD MEERUN

                    Defendant.

Adv. Pro. No. 24-50198 (JTD)

---

FTX TRADING LTD., ALAMEDA RESEARCH
LTD., WEST REALM SHIRES, INC., WEST
REALM SHIRES SERVICES, INC., and NORTH
DIMENSION, INC.,

                        Plaintiffs,

            - against -

NEW YORK SOLIDARITY NETWORK,

                    Defendant.

Adv. Pro. No. 24-50199 (JTD)

---

FTX TRADING LTD., ALAMEDA RESEARCH
LTD., WEST REALM SHIRES, INC., WEST
REALM SHIRES SERVICES, INC., AND
NORTH DIMENSION INC.

                        Plaintiffs,
            - against -

ONE NATION, INC.,

                    Defendant.

Adv. Pro. No. 24-50200 (JTD)

| | |
|---|---|
| FTX TRADING LTD., ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>Plaintiffs,<br><br>- against -<br><br>PROSPERITY ALLIANCE, INC.,<br><br>Defendant. | Adv. Pro. No. 24-50201 (JTD) |
| FTX TRADING LTD., ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., WEST REALM SHIRES SERVICES, INC., AND NORTH DIMENSION INC.,<br><br>Plaintiffs,<br><br>- against -<br><br>SENATE LEADERSHIP FUND,<br><br>Defendant. | Adv. Pro. No. 24-50202 (JTD) |
| FTX TRADING LTD., ALAMEDA RESEARCH LTD., ALAMEDA RESEARCH LLC, WEST REALM SHIRES, INC., AND WEST REALM SHIRES SERVICES, INC.,<br><br>Plaintiffs,<br><br>- against -<br><br>VOTO LATINO INC.,<br><br>Defendant. | Adv. Pro. No. 24-50203 (JTD) |
| FTX TRADING LTD., ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>Plaintiffs,<br><br>- against -<br><br>WORKING AMERICA,<br><br>Defendant. | Adv. Pro. No. 24-50204 (JTD) |

FTX TRADING LTD., ISLAND BAY
VENTURES INC., and CLIFTON BAY
INVESTMENTS LLC f/k/a ALAMEDA
RESEARCH VENTURES LLC,

                Plaintiffs,

- against -

SKYBRIDGE CAPITAL II, LLC, SKYBRIDGE
GP HOLDINGS LLC, DIGITAL MACRO FUND
LP f/k/a SKYBRIDGE COIN FUND LP, SALT
VENTURE GROUP LLC, ANTHONY
SCARAMUCCI, and BRETT MESSING,

                Defendants.

Adv. Pro. No. 24-50209 (JTD)

---

WEST REALM SHIRES, INC.,

                Plaintiffs,

- against -

MATTHEW NASS, MATTHEW PLACE,
JOSHUA LEYTON, JOHN CONBERE, and
LUIS SCOTT-VARGAS,

                Defendants.

Adv. Pro. No. 24-50210 (JTD)

---

FTX TRADING LTD., ALAMEDA RESEARCH
LTD., WEST REALM SHIRES, INC., and WEST
REALM SHIRES SERVICES, INC.,

                Plaintiffs,

- against -

SECUREBIO, INC. dba SECUREBIO,

                Defendant.

Adv. Pro. No. 24-50211 (JTD)

FTX TRADING LTD., ALAMEDA RESEARCH
LTD., WEST REALM SHIRES, INC., and WEST
REALM SHIRES SERVICES, INC.,

          Plaintiffs,

        - against -

THE GOODLY INSTITUTE dba GOODLY
LABS,

          Defendant.

Adv. Pro. No. 24-50212 (JTD)

---

FTX TRADING LTD., ALAMEDA RESEARCH
LTD., WEST REALM SHIRES, INC., WEST
REALM SHIRES SERVICES, INC., and NORTH
DIMENSION INC.,

          Plaintiffs,

        - against -

SPARTZ PHILANTHROPIES, dba RETHINK
CHARITY and NONLINEAR,

          Defendant.

Adv. Pro. No. 24-50213 (JTD)

---

FTX TRADING LTD., ALAMEDA RESEARCH
LTD., WEST REALM SHIRES, INC., WEST
REALM SHIRES SERVICES, INC.,

          Plaintiffs,

        - against -

MANIFOLD MARKETS, INC,

          Defendant.

Adv. Pro. No. 24-50214 (JTD)

---

ALAMEDA RESEARCH LTD. and WEST
REALM SHIRES SERVICES INC.

          Plaintiffs,

Adv. Pro. No. 24-50215 (JTD)

-against-

SILVER MILLER LAW,

        Defendant.

---

ALAMEDA RESEARCH LTD., FTX
TRADING LTD., COTTONWOOD GROVE
LTD., and WEST REALM SHIRES SERVICES
INC.,

        Plaintiffs,

-against-

NEIL PATEL, I'M KIND OF A BIG DEAL,
LLC, and NEIL PATEL DIGITAL, LLC,

        Defendant.

Adv. Pro. No. 24-50216 (JTD)

---

FTX TRADING LTD., ALAMEDA RESEARCH
LTD., WEST REALM SHIRES, INC., WEST
REALM SHIRES SERVICES, INC., and NORTH
DIMENSION, INC.,

        Plaintiffs,

- against -

ON TEN PRODUCTIONS LIMITED dba
ON TEN PRODUCTIONS,

        Defendant.

Adv. Pro. No. 24-50217 (JTD)

---

ALAMEDA RESEARCH LTD.,

        Plaintiff,

- against -

MEXC GLOBAL LTD.,

        Defendant.

Adv. Pro. No. 24-50218 (JTD)

FTX TRADING LTD. and ALAMEDA
RESEARCH LTD.,

                    Plaintiffs,                          Adv. Pro. No. 24-50219 (JTD)

        - against -

HUOBI GLOBAL LTD., HTX LTD., ABOUT
CAPITAL MANAGEMENT (HK) CO., LTD.,
DIGITAL LEGEND HODLINGS LTD., HBIT
LTD., ORANGE ANTHEM LTD., and POLO
DIGITAL ASSETS, LTD.,

                    Defendants.

FTX TRADING LTD.,

                    Plaintiff,

           -against-

DENG JUN, SHEN LING, TU JING, DENG
DINGYUAN, DENG LAN, DENG JIAN, TU
FAN, PAN YANG LIAN, HU JINGMING, HU
SIFENG, YANG YUHUA, QIN YONG QIANG,
HUANG YAO, DAI FUYANG, FU LING,
CHEN CHAO, SHEN LIUGEN, LIN
GUODONG, YANG YIBO, XU MIN, XU
HONG, WAN JIAN, WU QIAO, WU
TIANMING, LI PING, JIA SHUYUN, and JOHN
DOES 1-20

                Defendants.

Adv. Pro. No. 24-50220 (JTD)

---

ALAMEDA RESEARCH LTD.,

                    Plaintiff,

           -against-

ALEKSANDR "SASHA" IVANOV, NUMERIS
LTD., DLTECH LTD., and JOHN DOES 1-20,

                Defendants.

Adv. Pro. No. 24-50221 (JTD)

---

FTX TRADING LTD., ALAMEDA
RESEARCH LLC, ALAMEDA RESEARCH
LTD., WEST REALM SHIRES INC., WEST
REALM SHIRES SERVICES INC.,
CLIFTON BAY INVESTMENTS LLC,
COTTONWOOD GROVE LTD, EUCLID
WAY LTD, PAPER BIRD INC., FTX
DIGITAL MARKETS, LTD.,

                    Plaintiff,

           -against-

BINANCE HOLDINGS LIMITED.,
BINANCE CAPITAL MANAGEMENT CO.
LTD, BINANCE HOLDINGS (IE)
LIMITED, BINANCE (SERVICES)

Adv. Pro. No. 24-50222 (JTD)

HOLDINGS LIMITED, CHANGPENG
ZHAO, DINGHUA XIAO, SAMUEL
WENJUN LIM, and DOES 1-1000,

                        Defendants.

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
JANUARY 23, 2025 AT 10:00 A.M. (ET), BEFORE THE HONORABLE JOHN T.
DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT
OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR,
<u>COURTROOM NO. 5, WILMINGTON, DELAWARE 19801</u>**

**\*\*THIS HEARING HAS BEEN ADJOURNED AT THE REQUEST
OF THE COURT TO THE OMNIBUS HEARING SCHEDULED FOR
FEBRUARY 27, 2025 AT 10:00 A.M. (ET)\*\***

<u>**ADJOURNED MATTERS:**</u>

1.    Debtors' Fifty-Sixth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim [D.I. 19176 & 19185, filed on July 1, 2024]

      <u>Status</u>: This matter is adjourned to a date to be determined.

2.    Debtors' Objection to Proof of Claim Filed by SC30, Inc. [D.I. 19971, filed on July 10, 2024]

      <u>Status</u>: This matter is adjourned to the March 13, 2025 omnibus hearing.

3.    Debtors' Objection to Proofs of Claim Filed by Cal Bears Sports Properties, LLC [D.I. 19975, filed on July 10, 2024]

      <u>Status</u>: This matter is adjourned to the February 27, 2025 omnibus hearing.

4.    Debtors' Objection to Proof of Claim Filed by ICC Business Corporation FZ LLC [D.I. 20007 & 21731, filed on July 10 & 26, 2024]

      <u>Status</u>: This matter is adjourned to the February 27, 2025 omnibus hearing.

5.    Debtors' Objection to Proofs of Claim Filed by North Field Technology Ltd. [D.I. 20017, filed on July 10, 2024]

      <u>Status</u>: This matter is adjourned to a date to be determined.

6.    Debtors' One Hundred Thirty-First (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 28532 & 28546, filed on December 4, 2024]

<u>Status</u>: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel.  Accordingly, a hearing regarding this matter is not required unless the Court has questions.

7.    Debtors' One Hundred Thirty-Sixth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 28537 & 28551, filed on December 4, 2024]

<u>Status</u>: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel.  Accordingly, a hearing regarding this matter is not required unless the Court has questions.

8.    Debtors' One Hundred Thirty-Ninth (Substantive) Omnibus Objection to Certain No Liability Proofs of Claims (Customer and Non-Customer Claims) [D.I. 28544 & 28554, filed on December 4, 2024]

<u>Status</u>: The omnibus claim objection is being adjourned as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments under certification of counsel.  Accordingly, a hearing regarding this matter is not required unless the Court has questions.

9.    Motion for Leave to Depose the Incarcerated Individuals Pursuant to Fed. R. Civ. P. 30(A)(2) [D.I. 28586, filed on December 5, 2024]

<u>Status</u>: This matter is adjourned to a date to be determined.

10.    Motion of Debtors for Entry of an Order Authorizing the Debtors' Assumption of Certain Agreements [D.I. 29058, filed on December 23, 2024]

<u>Status</u>: This matter is adjourned to the February 27, 2025 omnibus hearing.

**<u>ADJOURNED MATTERS – ADVERSARY PROCEEDINGS</u>**:

11.    Defendant Aleksandr "Sasha" Ivanov's Motion to Stay Discovery Pending Motion to Dismiss [*Alameda Research Ltd. v. Ivanov et al.*, Adv. No. 24-50221 (JTD) Adv. D.I. 8, filed on January 7, 2025]

<u>Status</u>: This matter is adjourned to the hearing scheduled for February 27, 2025 at the direction of the Court.

12.    Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research LLC, et al. v. Friedberg*, Adv. No. 23-50419 (JTD) – Adv. D.I. 7, filed on July 26, 2023]

<u>Status</u>: This matter is adjourned to a date to be determined.

13.     Defendants' Motion to Compel Plaintiffs' Rule 30(b)(6) Deposition [*FTX Trading Ltd. et al. v. LayerZero Labs Ltd. et al.*, Adv. No. 23-50492 (JTD) Adv. D.I. 69, filed on December 18, 2024]

Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

14.     Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research v MEK Global*, Adv. No. 24-50181 (JTD) – Adv. D.I. 3, filed on December 27, 2024]

Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

15.     Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research Ltd. v. Gate Technology Incorporated et al.*, Adv. No. 24-50184 (JTD) – Adv. D.I. 3, filed on December 13, 2024]

Status: This matter is adjourned to the hearing scheduled for March 13, 2025.

16.     Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Trading Ltd. et al. v. Ryan Salame*, Adv. No. 24-50186 (JTD) – Adv. D.I. 7, filed on November 15, 2024]

Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

17.     Summons and Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research v. Dunamu* – Adv. No. 24-50187]

Status: This matter is adjourned to a date to be determined.

18.     Summons and Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research Ltd. v. Foris DAX MT Ltd. et al.*, Adv. No. 24-50188 – Adv. D.I. 3 & 4, filed on December 13, 2024]

Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

19.     Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Trading et al. v. American Action Network, Inc*., Adv. No. 24-50189 – Adv. D.I. 3, filed on November 26, 2024]

Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

20.     Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Trading et al. v. American Prosperity Alliance*, Adv. No. 24-50190 – Adv. D.I. 3, filed on November 26, 2024]

Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

21.    Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Trading et al. v. American Values Coalition*, Adv. No. 24-50191 – Adv. D.I. 3, filed on November 26, 2024]

Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

22.    Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Trading Ltd. et al v. Common Sense Leadership Fund, Inc. aka Commonsense*, Adv. No. 24-50192 – Adv. D.I. 3, filed on November 26, 2024]

Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

23.    Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. Congressional Leadership Fund*, Adv. No. 24-50193 – Adv. D.I. 3, filed on November 26, 2024]

Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

24.    Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. Fair Democracy*, Adv. No. 24-50194 – Adv. D.I. 3, filed on November 26, 2024]

Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

25.    Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. Heartland Resurgence Action*, Adv. No. 24-50196 – Adv. D.I. 3, filed on November 26, 2024]

Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

26.    Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*Clifton Bay Investments LLC fka Alameda Research v. Farmington State Corporation*, Adv. No. 24-50197]

Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

27.    Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. New York Solidarity Network*, Adv. No. 24-50199 – Adv. D.I. 3, filed on November 26, 2024]

Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

28.    Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. One Nation, Inc*., Adv. No. 24-50200  – Adv. D.I. 3, filed on November 26, 2024]

Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

29.	Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. Prosperity Alliance*, *Inc.*, Adv. No. 24-50201 – Adv. D.I. 3, filed on November 26, 2024]

	Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

30.	Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. Senate Leadership Fund*, Adv. No. 24-50202 – Adv. D.I. 3, filed on November 26, 2024]

	Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

31.	Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. Voto Latino Inc*., Adv. No. 24-50203 – Adv. D.I. 3, filed on November 26, 2024]

	Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

32.	Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. Working America*, Adv. No. 24-50204 – Adv. D.I. 6, filed on November 26, 2024]

	Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

33.	Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*West Realm Shires, Inc. v. Matthew Nass et al*., Adv. No.  24-50210 – Adv. D.I. 3, filed on November 14, 2024]

	Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

34.	Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. SecureBio, Inc. dba SecureBio*, Adv. No. 24-50211 – Adv. D.I. 3, filed on November 26, 2024]

	Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

35.	Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Trading Ltd. et al v. The Goodly Institute*, Adv. No.  24-50212 – Adv. D.I. 3, filed on November 26, 2024]

	Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

36.	Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. Spartz Philanthropies*, Adv. No. 24-50213 – Adv. D.I. 3, filed on November 26, 2024]

Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

37.    Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. Manifold Markets, Inc.*, Adv. No. 24-50214 – Adv. D.I. 3, filed on November 26, 2024]

Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

38.    Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*Alameda Research Ltd. et al v. Silver Miller Law* – Adv. No. 24-50215]

Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

39.    Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*Alameda Research Ltd. et al v. Neil Patel et al.* – Adv. No. 24-50216]

Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

40.    Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. On Ten Productions Limited* – Adv. D.I. 24-50217 – Adv. D.I. 3, filed on November 26, 2024]

Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

41.    Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*Alameda Research Ltd. v. MEXC Global Ltd.,* Adv. No.  24-50218]

Status: This matter is adjourned to a date to be determined.

42.    Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. Huobi Global Ltd. et al.*, Adv. No. 24-50219 – Adv. D.I. 3, filed on December 13, 2024]

Status: This matter is adjourned to the hearing scheduled for February 27, 2025.

43.    Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. v. Jun et al (Mega Chinese)* – Adv. No. 24-50220]

Status: This matter is adjourned to a date to be determined.

44.    Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. Binance Holdings Limited et al.* – Adv. No. 24-50222]

Status: This matter is adjourned to a date to be determined.

**RESOLVED MATTERS:**

45.   Debtors' One Hundred Thirtieth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims [D.I. 28225, filed on November 22, 2024]

      Status: Certain claims were removed from this omnibus claim objection because they were resolved or subject to formal or informal objections. The Debtors have filed a revised form of order to reflect the updated list of claims subject to the objection under certification of counsel [D.I. 29350]. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

46.   Debtors' Fifty-Sixth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim [D.I. 19176 & 19185, filed on July 1, 2024]

      Status: A certification of counsel has been filed, and an order has been uploaded for entry. Accordingly, a hearing on this matter is not required.

47.   Application of American Express National Bank for Allowance and Payment of Administrative Expense Claim [D.I. 27739, filed on November 6, 2024]

      Status: This matter has been resolved.

48.   Debtors' One Hundred Thirty-Second (Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Customer Claims) [D.I. 28533 & 28547, filed on December 4, 2024]

      Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

49.   Debtors' One Hundred Thirty-Third (Substantive) Omnibus Objection to Certain Fully Unliquidated Proofs of Claim [D.I. 28534 & 28548, filed on December 4, 2024]

      Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

50.   Debtors' One Hundred Thirty-Fourth (Substantive) Omnibus Objection to Certain Fully Unliquidated Proofs of Claim (Customer Claims [D.I. 28535 & 28549, filed on December 4, 2024] Debtors' One Hundred Thirty-Fourth (Substantive) Omnibus Objection to Certain Fully Unliquidated Proofs of Claim (Customer Claims [D.I. 28535 & 28549, filed on December 4, 2024]

      Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

51.   Debtors' One Hundred Thirty-Fifth (Substantive) Omnibus Objection to Certain Fully Unliquidated Proofs of Claim (Customer Claims) [D.I. 28536 & 28550, filed on December 4, 2024]

Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

52.    Debtors' One Hundred Thirty-Seventh (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims) [D.I. 28538 & 28552, filed on December 4, 2024]

Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

53.    Debtors' One Hundred Thirty-Eighth (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims) [D.I. 28539 & 28553, filed on December 4, 2024]

Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

54.    Debtors' One Hundred Fortieth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor [D.I. 28545 & 28555, filed on December 4, 2024]

Status: The Debtors intend to file a certificate of no objection and submit an order for entry. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

55.    Motion to Dismiss Debtor Emergent Fidelity Technologies Ltd [D.I. 29108, filed on January 2, 2025]

Status: Emergent has filed a certificate of no objection [D.I. 29232] and submitted an order for entry.  Accordingly, a hearing regarding this matter is not required unless the Court has questions.

56.    Omnibus Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Assume Certain Executory Contracts, (II) Fixing Cure Amounts with Respect Thereto and (III) Granting Related Relief [D.I. 29111, filed on January 2, 2025]

Status: A certificate of no objection has been filed, and an order has been uploaded for entry. Accordingly, a hearing on this matter is not required.

57.    Motion of the Debtors for an Order Authorizing the Continued Redaction or Withholding of Certain Confidential Information of Customers [D.I. 29125, filed on January 3, 2025]

Status: A certification of counsel has been filed, and an order has been uploaded for entry. Accordingly, a hearing on this matter is not required.

**RESOLVED MATTERS – ADVERSARY PROCEEDINGS:**

58.    Notice of Pretrial Conference in an Adversary Proceeding [*FTX Trading Ltd. et al. v. Genesis Block Ltd. et al.,* Adv. No. 24-50185 (JTD) – Adv. D.I. 3, filed on December 13, 2024]

      <u>Status</u>: This matter is resolved.

59.    Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. Nawaaz Mohammad Meerun* – Adv. No. 24-50198]

      <u>Status</u>: This matter is resolved.

60.    Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. SkyBridge Capital II, LLC et al.*, Adv. No. 24-50209 – Adv. D.I. 4, filed on November 18, 2024]

      <u>Status</u>: This matter is resolved.

Dated: January 22, 2025
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Matthew R. Pierce
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Christian P. Jensen (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      jensenc@sullcrom.com

*Counsel for the FTX Recovery Trust*