**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>    Plaintiff,<br><br>- against -<br><br>DUNAMU INC.,<br><br>    Defendant. | Adv. Pro. No. 24-50187 (KBO) |

## CERTIFICATION OF COUNSEL

I, Howard W. Robertson, IV, counsel to the FTX Recovery Trust (the "Plaintiff"), hereby certify as follows to the best of my knowledge, information, and belief:

1. On November 5, 2024, then-Plaintiff Alameda Research Ltd. initiated the above-captioned adversary proceeding by filing the *Complaint for Turnover of Assets Pursuant to 11 U.S.C. § 542 and Disallowance of Claims Pursuant to 11 U.S.C. § 502* [Adv. D.I. 1] (the "Complaint") against Dunamu Inc. (the "Defendant").

2. On February 14, 2025, the Court entered the *Order Granting the FTX Recovery Trust's Omnibus Motion to Substitute Plaintiffs in Adversary Proceedings* [D.I. 29554], and the FTX Recovery Trust was substituted as Plaintiff in this adversary proceeding. [Adv. D.I. 4].

3. On September 23, 2025, Defendant was served with a *Summons and Notice of Pretrial Conference in an Adversary Proceeding*.

{1368.003-W0083790.}

4.  The Plaintiff and the Defendant (together, the "Parties") have conferred and agree to extend Defendant's deadline to answer, move, or otherwise respond to the Complaint to and including November 6, 2025.

5.  The Parties' stipulation is attached as **Exhibit A** to the proposed form of order approving the stipulation, which is attached hereto as **Exhibit 1** (the "Order").

6.  Accordingly, the Parties respectfully request that the Court enter the Order at its earliest convenience.

| | |
|---|---|
| Dated: October 10, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Howard W. Robertson, IV*<br>Adam G. Landis (No. 3407)<br>Richard S. Cobb (No. 3157)<br>Matthew B. McGuire (No. 4366)<br>Howard W. Robertson, IV (No. 6903)<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>E-mail: landis@lrclaw.com<br>         cobb@lrclaw.com<br>         mcguire@lrclaw.com<br>         robertson@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Stephanie G. Wheeler (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Justin J. DeCamp (admitted *pro hac vice*)<br>Christopher J. Dunne (admitted *pro hac vice*)<br>Jacob M. Croke (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: wheelers@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         decampj@sullcrom.com<br>         dunnec@sullcrom.com<br>         crokej@sullcrom.com<br><br>*Counsel to Plaintiff* |