**EXHIBIT 1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| - against - | |
| DUNAMU INC., | Adv. Pro. No. 24-50187 (KBO) |
| Defendant. | |

**ORDER APPROVING STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

Upon the *Certification of Counsel* and the *Stipulation for an Extension of Time for Defendant to Respond to Complaint* (the "Stipulation")[1] entered into between Plaintiff and Defendant, a copy of which is attached hereto as **Exhibit A**; and the Court having jurisdiction to consider approval of the Stipulation; and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good and sufficient cause appearing therefor;

---

[1] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is APPROVED.

2. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order and the Stipulation.

Dated: _____, 2025
      Wilmington, Delaware

_____
THE HONORABLE KAREN B. OWENS
CHIEF UNITED STATES BANKRUPTCY JUDGE

{1368.003-W0083791.}      2

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>                    Plaintiff,<br><br>   - against -<br><br>DUNAMU INC.,<br><br>                    Defendant. | Adv. Pro. No. 24-50187 (KBO) |

**STIPULATION FOR AN EXTENSION OF TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT**

      Plaintiff FTX Recovery Trust and Defendant Dunamu Inc. (the "Defendant" and together with the FTX Recovery Trust, the "Parties"), by and through their respective undersigned counsel, enter into this *Stipulation for an Extension of Time for Defendants to Respond to Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

      1.     On November 5, 2024, then-Plaintiff Alameda Research Ltd. initiated the above-captioned adversary proceeding by filing the *Complaint for Turnover of Assets Pursuant to 11 U.S.C. § 542 and Disallowance of Claims Pursuant to 11 U.S.C. § 502* [Adv. D.I. 1] (the "Complaint").

      2.     On February 14, 2025, the Court entered the *Order Granting the FTX Recovery Trust's Omnibus Motion to Substitute Plaintiffs in Adversary Proceedings* [D.I. 29554], and the FTX Recovery Trust was substituted as Plaintiff in this adversary proceeding. [Adv. D.I. 4].

3.  On September 23, 2025, Defendant was served with a *Summons and Notice of Pretrial Conference in an Adversary Proceeding*. Defendant does not contest proper service of the Complaint and waives its objections, if any, to service of process.

4.  The Parties have been engaged in constructive discussions to resolve the Complaint and require additional time to continue such discussions.

5.  The Parties have conferred regarding an agreement to further extend the Defendant's time to respond to the Complaint.

6.  The Defendant's deadline to respond to the Complaint shall be extended through November 6, 2025.

7.  This Stipulation is without prejudice to the rights of the Parties to seek a further extension and/or continuance as appropriate.

8.  Except for defenses relating to service of process under Federal Rule of Bankruptcy Procedure 7012(b)(5), the Defendant reserves all rights, claims, counterclaims and defenses, including, without limitation, all defenses based on lack of personal jurisdiction, and Plaintiff agrees it will not argue Defendant has waived or prejudiced any rights, claims, counterclaims or defenses by entry into this Stipulation except as specifically set forth herein.

Dated: October 10, 2025

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **POTTER ANDERSON & CORROON LLP** |
| */s/ Howard W. Robertson, IV* | */s/ Aaron H. Stulman* |
| Adam G. Landis (No. 3407) | Aaron H. Stulman (No. 5807) |
| Richard S. Cobb (No. 3157) | 1313 North Market Street, 6th Floor |
| Matthew B. McGuire (No. 4366) | Wilmington, DE 19801 |
| Howard W. Robertson, IV (No. 6903) | Telephone: (302) 984-6000 |
| 919 Market Street, Suite 1800 | E-mail: astulman@potteranderson.com |
| Wilmington, DE 19801 | |
| Telephone: (302) 467-4400 | *Counsel to the Defendant* |
| E-mail: landis@lrclaw.com | |
| cobb@lrclaw.com | |
| mcguire@lrclaw.com | |
| robertson@lrclaw.com | |

-and-

**SULLIVAN & CROMWELL LLP**
Stephanie G. Wheeler (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Justin J. DeCamp (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Jacob M. Croke (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: wheelers@sullcrom.com
gluecksteinb@sullcrom.com
decampj@sullcrom.com
dunnec@sullcrom.com
crokej@sullcrom.com

*Counsel to Plaintiff*