IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| - against - | |
| DUNAMU INC., | Adv. Pro. No. 24-50187 (KBO) |
| Defendant. | |

**ORDER APPROVING STIPULATION FOR AN EXTENSION OF TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT**

Upon the *Certification of Counsel* and the *Stipulation for an Extension of Time for Defendant to Respond to Complaint* (the "Stipulation")[1] entered into between Plaintiff and Defendant, a copy of which is attached hereto as **Exhibit A**; and the Court having jurisdiction to consider approval of the Stipulation; and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good and sufficient cause appearing therefor;

---

[1] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is APPROVED.

2. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order and the Stipulation.

Dated: October 15th, 2025  
Wilmington, Delaware

KAREN B. OWENS  
CHIEF JUDGE