**EXHIBIT 1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| - against - | Adv. Pro. No. 24-50187 (KBO) |
| DUNAMU INC., | |
| Defendant. | |

**ORDER APPROVING STIPULATION FOR AN EXTENSION OF TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT**

Upon the *Certification of Counsel* and *Stipulation for an Extension of Time for Defendant to Respond to Complaint* (the "Stipulation") entered into between Plaintiff FTX Recovery Trust and Defendant Dunamu Inc., a copy of which is attached hereto as **Exhibit A**; and the Court having jurisdiction to consider approval of the Stipulation; and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.     The Stipulation is hereby APPROVED.

2.     The terms and provisions of the Stipulation shall immediately be effective and enforceable upon entry of this Order.

3.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____, 2025
          Wilmington, Delaware

_____
THE HONORABLE KAREN B. OWENS
CHIEF UNITED STATES BANKRUPTCY JUDGE

2

**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

|  |  |
|---|---|
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| - against - | Adv. Pro. No. 24-50187 (KBO) |
| DUNAMU INC., | |
| Defendant. | |

## STIPULATION FOR AN EXTENSION OF TIME FOR
## DEFENDANT TO RESPOND TO COMPLAINT

Plaintiff FTX Recovery Trust and Defendant Dunamu Inc. (the "Defendant" and together with the FTX Recovery Trust, the "Parties"), by and through their respective undersigned counsel, enter into this *Stipulation for an Extension of Time for Defendants to Respond to Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1.    On November 5, 2024, then-Plaintiff Alameda Research Ltd. initiated the above-captioned adversary proceeding by filing the *Complaint for Turnover of Assets Pursuant to 11 U.S.C. § 542 and Disallowance of Claims Pursuant to 11 U.S.C. § 502* [Adv. D.I. 1] (the "Complaint").

2.    On February 14, 2025, the Court entered the *Order Granting the FTX Recovery Trust's Omnibus Motion to Substitute Plaintiffs in Adversary Proceedings* [D.I. 29554], and the FTX Recovery Trust was substituted as Plaintiff in this adversary proceeding.  [Adv. D.I. 4].

3.      On September 23, 2025, Defendant was served with a *Summons and Notice of Pretrial Conference in an Adversary Proceeding.* Defendant does not contest proper service of the Complaint and waives its objections, if any, to service of process.

4.      On October 15, 2025, the Court issued an *Order Approving Stipulation for an Extension of Time for Defendant to Respond to Complaint* [Adv. D.I. 7] that extended the Defendant's deadline to respond to the Complaint through November 6, 2025.

5.      On November 5, 2025, the Court issued an *Order Approving Stipulation for an Extension of Time for Defendant to Respond to Complaint* [Adv. D.I. 12] that extended the Defendant's deadline to respond to the Complaint through November 20, 2025.

6.      The Parties have been engaged in constructive discussions to resolve the Complaint and require additional time to continue such discussions.

7.      The Parties have conferred regarding an agreement to further extend the Defendant's time to respond to the Complaint.

8.      The Defendant's deadline to respond to the Complaint shall be extended through December 11, 2025.

9.      This Stipulation is without prejudice to the rights of the Parties to seek a further extension and/or continuance as appropriate.

10.      Except for defenses relating to service of process under Federal Rule of Bankruptcy Procedure 7012(b)(5), the Defendant reserves all rights, claims, counterclaims and defenses, including, without limitation, all defenses based on lack of personal jurisdiction, and Plaintiff agrees it will not argue Defendant has waived or prejudiced any rights, claims, counterclaims or defenses by entry into this Stipulation except as specifically set forth herein.

Dated: November 7, 2025

**LANDIS RATH & COBB LLP**

/s/ Howard W. Robertson, IV
Adam G. Landis (No. 3407)
Richard S. Cobb (No. 3157)
Matthew B. McGuire (No. 4366)
Howard W. Robertson, IV (No. 6903)
919 Market Street, Suite 1800
Wilmington, DE  19801
Telephone: (302) 467-4400
E-mail:  landis@lrclaw.com
         cobb@lrclaw.com
         mcguire@lrclaw.com
         robertson@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Stephanie G. Wheeler (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Justin J. DeCamp (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Jacob M. Croke (admitted *pro hac vice*)
125 Broad Street
New York, NY  10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail:  wheelers@sullcrom.com
         gluecksteinb@sullcrom.com
         decampj@sullcrom.com
         dunnec@sullcrom.com
         crokej@sullcrom.com

*Counsel to Plaintiff*

**POTTER ANDERSON & CORROON LLP**

/s/ Aaron H. Stulman
Aaron H. Stulman (No. 5807)
1313 North Market Street, 6th Floor
Wilmington, DE 19801
Telephone: (302) 984-6000
E-mail: astulman@potteranderson.com

*Counsel to the Defendant*