IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>                    Plaintiff,<br><br>      - against -<br><br>DUNAMU INC.,<br><br>                   Defendant. | Adv. Pro. No. 24-50187 (KBO) |

**CERTIFICATION OF COUNSEL**

        I, Howard W. Robertson IV, counsel to Plaintiff FTX Recovery Trust, hereby certify as follows to the best of my knowledge, information and belief:

        1.      On November 5, 2024, then-Plaintiff Alameda Research Ltd. initiated the above-captioned adversary proceeding by filing the *Complaint for Turnover of Assets Pursuant to 11 U.S.C. § 542 and Disallowance of Claims Pursuant to 11 U.S.C. § 502* [Adv. D.I. 1] (the "Complaint") against Dunamu Inc. (the "Defendant").

        2.      On February 14, 2025, the Court entered the *Order Granting the FTX Recovery Trust's Omnibus Motion to Substitute Plaintiffs in Adversary Proceedings* [D.I. 29554], and the FTX Recovery Trust was substituted as Plaintiff in this adversary proceeding. [Adv. D.I. 4].

        3.      On September 23, 2025, Defendant was served with a Summons and Notice of Pretrial Conference in an Adversary Proceeding.

4. On October 15, 2025, the Court issued an *Order Approving Stipulation for an Extension of Time for Defendant to Respond to Complaint* [Adv. D.I. 7] that extended the Defendant's deadline to respond to the Complaint through November 6, 2025.

5. On November 5, 2025, the Court issued an *Order Approving Stipulation for an Extension of Time for Defendant to Respond to Complaint* [Adv. D.I. 12] that extended the Defendant's deadline to respond to the Complaint through November 20, 2025.

6. On November 10, 2025, the Court issued an *Order Approving Stipulation for an Extension of Time for Defendant to Respond to Complaint* [Adv. D.I. 15] that extended the Defendant's deadline to respond to the Complaint through December 11, 2025.

7. The Plaintiff and the Defendant (together, the "Parties") have conferred and agree to a stay and an abeyance of all deadlines in this Adversary Proceeding.

8. The Parties' stipulation is attached as **Exhibit A** to the proposed form of order approving the stipulation, which is annexed hereto as **Exhibit 1** (the "Order").

9. Accordingly, the Parties respectfully request that the Court enter the Order at its earliest convenience.

Dated:  December 9, 2025

                    **LANDIS RATH & COBB LLP**

                    */s/ Howard W. Robertson, IV*
Adam G. Landis (No. 3407)
Richard S. Cobb (No. 3157)
Matthew B. McGuire (No. 4366)
Howard W. Robertson, IV (No. 6903)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
cobb@lrclaw.com
mcguire@lrclaw.com
robertson@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**

Stephanie G. Wheeler (admitted *pro hac vice*)
Stephen Ehrenberg (admitted pro hac vice)
Brian D. Glueckstein (admitted *pro hac vice*)
Justin J. DeCamp (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Jacob M. Croke (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: wheelers@sullcrom.com
       ehrenbergs@sullcrom.com
       gluecksteinb@sullcrom.com
       decampj@sullcrom.com
       dunnec@sullcrom.com
       crokej@sullcrom.com

*Counsel for Plaintiff*