**EXHIBIT 1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| - against - | |
| DUNAMU INC., | Adv. Pro. No. 24-50187 (KBO) |
| Defendant. | |

**ORDER APPROVING STIPULATION
TO STAY THE ADVERSARY PROCEEDING**

Upon the *Certification of Counsel* and *Stipulation to Stay the Adversary Proceeding* (the "Stipulation") entered into between Plaintiff FTX Recovery Trust and Defendant Dunamu Inc., a copy of which is attached hereto as **Exhibit A**; and the Court having jurisdiction to consider approval of the Stipulation; and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

    1.    The Stipulation is hereby APPROVED.

    2.    The terms and provisions of the Stipulation shall immediately be effective and enforceable upon entry of this Order.

    3.    This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

2

4. The Parties will apprise the Court of the status of this matter every six months, beginning on the date that is on or before six months after entry of this Order.


Dated: _____, 2025
       Wilmington, Delaware

                                              THE HONORABLE KAREN B. OWENS
                                              CHIEF UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| - against - | |
| DUNAMU INC., | Adv. Pro. No. 24-50187 (KBO) |
| Defendant. | |

### STIPULATION TO STAY THE ADVERSARY PROCEEDING

Plaintiff FTX Recovery Trust and Defendant Dunamu Inc. (the "Defendant" and together with the FTX Recovery Trust, the "Parties"), by and through their respective undersigned counsel, enter into this *Stipulation to Stay the Adversary Proceeding* (the "Stipulation") and hereby stipulate and agree as follows:

WHEREAS, on November 5, 2024, then-Plaintiff Alameda Research Ltd. initiated the above-captioned adversary proceeding by filing the *Complaint for Turnover of Assets Pursuant to 11 U.S.C. § 542 and Disallowance of Claims Pursuant to 11 U.S.C. § 502* [Adv. D.I. 1] (the "Complaint");

WHEREAS, on February 14, 2025, the Court entered the *Order Granting the FTX Recovery Trust's Omnibus Motion to Substitute Plaintiffs in Adversary Proceedings* [D.I. 29554], and the FTX Recovery Trust was substituted as Plaintiff in this adversary proceeding. [Adv. D.I. 4];

WHEREAS, on September 23, 2025, Defendant was served with a *Summons and Notice of Pretrial Conference in an Adversary Proceeding*. Defendant does not contest proper service of the Complaint and waives its objections, if any, to service of process;

WHEREAS, on October 15, 2025, the Court issued an *Order Approving Stipulation for an Extension of Time for Defendant to Respond to Complaint* [Adv. D.I. 7] that extended the Defendant's deadline to respond to the Complaint through November 6, 2025;

WHEREAS, on November 5, 2025, the Court issued an *Order Approving Stipulation for an Extension of Time for Defendant to Respond to Complaint* [Adv. D.I. 12] that extended the Defendant's deadline to respond to the Complaint through November 20, 2025;

WHEREAS, on November 10, 2025, the Court issued an *Order Approving Stipulation for an Extension of Time for Defendant to Respond to Complaint* [Adv. D.I. 15] that extended the Defendant's deadline to respond to the Complaint through December 11, 2025; and

WHEREAS, the Parties have reached a settlement in principle, the consummation of which is contingent on certain future events, and the Parties have agreed to stay all deadlines in this Adversary Proceeding pending such future events.

**NOW, THEREFORE,** it is hereby stipulated and agreed, by the Parties hereto, subject to approval by the Court, that**:**

1.      The Parties agree to a stay and an abeyance of all deadlines in this Adversary Proceeding until such time as a revised schedule is agreed to by the Parties or ordered by the Court. In the event the settlement is not consummated and a new schedule for this Adversary Proceeding is agreed to by the Parties or ordered by the Court, the Parties agree that except for defenses relating to service of process under Federal Rule of Bankruptcy Procedure 7012(b)(5), the Defendant has reserved all rights, claims, counterclaims and defenses, including, without limitation, all defenses

based on lack of personal jurisdiction, and Plaintiff agrees it will not argue Defendant has waived or prejudiced any rights, claims, counterclaims or defenses by entry into this Stipulation except as specifically set forth herein.

2.  The Parties shall provide the Court with the status of this Adversary Proceeding every six months, beginning on the date that is the first business day six months after entry of this Order.

3.  The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and the order approving it.

Dated: December 9, 2025

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **POTTER ANDERSON & CORROON LLP** |
| */s/ Howard W. Robertson, IV* | */s/ Aaron H. Stulman* |
| Adam G. Landis (No. 3407) | Aaron H. Stulman (No. 5807) |
| Richard S. Cobb (No. 3157) | 1313 North Market Street, 6th Floor |
| Matthew B. McGuire (No. 4366) | Wilmington, DE 19801 |
| Howard W. Robertson, IV (No. 6903) | Telephone: (302) 984-6000 |
| 919 Market Street, Suite 1800 | E-mail: astulman@potteranderson.com |
| Wilmington, DE 19801 | |
| Telephone: (302) 467-4400 | *Counsel to the Defendant* |
| E-mail: landis@lrclaw.com | |
| cobb@lrclaw.com | |
| mcguire@lrclaw.com | |
| robertson@lrclaw.com | |

-and-

**SULLIVAN & CROMWELL LLP**
Stephanie G. Wheeler (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Justin J. DeCamp (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Jacob M. Croke (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: wheelers@sullcrom.com
  gluecksteinb@sullcrom.com
  decampj@sullcrom.com
  dunnec@sullcrom.com
  crokej@sullcrom.com

*Counsel to Plaintiff*

4